No. 15-2440

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| LIGHTSPEED MEDIA CORPORATION, et al., ) | | On Appeal from the United States |
| | ) | District Court for the Southern |
| Plaintiff, | ) | District of Illinois |
| | ) | |
| v. | ) | No. 3-12-cv-00889-DRH-SCW |
| | ) | |
| ANTHONY SMITH, et al., | ) | The Honorable David R. Herndon |
| | ) | Judge Presiding |
| Appellee. | ) | |

**NOTICE OF NON-INVOLVEMENT**

This will serve as notice that SBC Internet Services, LLC (f/k/a SBC Internet Services, Inc. d/b/a AT&T Internet Services) and AT&T Corporate Representative No. 1 are not parties to this appeal and will not be participating.

                                            Respectfully submitted,

                                            /s/ Hugh S. Balsam
                                            Hugh S. Balsam

Hugh S. Balsam
LOCKE LORD LLP
111 S. Wacker Drive
Chicago, Illinois 60606
(312) 443-0403

Bart W. Huffman
LOCKE LORD LLP
Suite 2200
600 Congress Avenue
Austin, TX 78701
(512) 305-4746

## CERTIFICATE OF SERVICE

  I hereby certify that on July 22, 2015, I electronically filed the foregoing NOTICE OF NON-INVOLVEMENT with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

            /s/ Hugh S. Balsam