# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

December 7, 2015

*By the Court:*

| | |
|---|---|
| Nos. 15-2440 and 15-2682 | LIGHTSPEED MEDIA CORPORATION, Plaintiff<br><br>v.<br><br>ANTHONY SMITH, et al., Defendants - Appellees<br><br>APPEALS OF:<br>PAUL HANSMEIER and JOHN L. STEELE |
| **Originating Case Information:** | |
| District Court No: 3:12-cv-00889-DRH-SCW<br>Southern District of Illinois<br>District Judge David R. Herndon | |

The following are before the court: **DEFENDANT-APPELLEE ANTHONY SMITH'S MOTION FOR DAMAGES, ATTORNEYS' FEES AND COSTS PURSUANT TO FED. R. APP. P. 38 AND 28 U.S.C. § 1927**, filed on November 30, 2015, by counsel for appellee Anthony Smith.

**IT IS ORDERED** that this motion and any response filed by the appellants shall be **TAKEN WITH THE CASE** for resolution by the assigned merits panel. The clerk of this court shall distribute the motion and any response to the assigned merits panel.

form name: **c7_Order_BTC**(form ID: **178**)